ALEX KOZINSKI(626) 229-7140
Chief JudgeFax:  229-7444

Dear Counsel:

     I write to introduce you to the court's mediation program.

     The court offers you and your clients professional mediation services, at no cost, to help resolve disputes quickly and efficiently and to explore the development of more satisfactory results than can be achieved from continued litigation.  Each year the mediators facilitate the resolution of hundreds of cases, from the most basic contract and tort actions to the most complex cases involving multiple parties, numerous pieces of litigation and important issues of public policy.

     The nine circuit mediators, all of whom work exclusively for the court, are highly experienced attorneys from a variety of practices; all have extensive training and experience in negotiation, appellate mediation, and Ninth Circuit practice and procedure.  Although the mediators are court employees, they are well shielded from the rest of the court's operations.  The court has adopted strict confidentiality rules and practices to ensure that what goes on in mediation stays in mediation.  See Circuit Rule 33-1.

     The first step in the mediation process is case selection. To assist the mediators in the case selection process, appellants/petitioners must file a completed Mediation Questionnaire within 7 days of the docketing of the case.  See Circuit Rules 3-4, and 15-2.  Appellees may also fill out and file a questionnaire.  The questionnaire with filing instructions accompanies this letter and is also available at www.ca9.uscourts.gov/mediation/forms.php.   All counsel are also invited to submit, by e-mail to ca09_mediation@ca9.uscourts.gov, additional, confidential information that might assist the mediator in the case selection process.

     In most cases, the mediator will schedule a settlement assessment conference, with counsel only, to determine whether the case is suitable for mediation.  Be assured that participation in the mediation program will not slow down disposition of your appeal.  Mediation discussions are not limited to the issues on appeal. The discussions can involve other cases and may include

individuals who are not parties to the litigation, if doing so enables the parties to reach a global settlement.

Further information about the mediation program may be found on the court's website: www.ca9.uscourts.gov/mediation.  Please address questions directly to the Mediation Program at 415-355-7900 or ca09_mediation@ca9.uscourts.gov.

                                        Sincerely,

                                        Alex Kozinski