**JONATHAN W. BIRDT – SBN 183908**
**Law Office of Jonathan W. Birdt**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff Robert Thomson

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT THOMSON, | **CASE NO. 12-56236** |
| Plaintiff, | **CASE NO. 12-55115** |
| vs. | **MOTION TO CONSOLIDATE CASES; ADVANCE ANSWER DATES IN 12-56236 AND OPPOSITION TO REQUEST FOR EXTENSION OF TIME IN 12-55115** |
| LASD, et. al, | |
| Defendants. | |
| & | |
| JONATHAN BIRDT, | |
| Plaintiff, | |
| vs. | |
| LASD, et. al, | |
| Defendants. | |

The Thomson matter (12-56236) is substantially related to the Birdt (12-55115) matter wherein Plaintiff filed their opening brief on 5/26/12 (30 days before due). Despite having an extra 30 days, Counsel for the LAPD have stated an intent to seek an additional 30 days to file their answering brief. Appellants oppose this request as an unnecessary and unwarranted delay given the additional 30 days already provided to them.

The Thomson Appeal was docketed July 5th 2012, and that same day Appellant filed his statement of representation, mediation questionnaire, opening brief and emailed and mailed his Excerpt of Record on appeal to all counsel to the Court

Plaintiffs in each case waived oral argument and in both cases appellant hereby waives their rights to file a reply brief in the interest of justice and to expedite resolution of the significant fundamental rights at issue in these matters.

To that end, Appellant hereby moves to advance the Answering Brief due date in Thomson (12-56236) to 45 days from the filing of this motion and to deny any further extension in Birdt (12-55115) so that these matters can be joined and resolution expedited.

July 5, 2012 \_\_\_/s/_____

Jonathan W. Birdt, Esq.

MOTION TO CONSOLIDATE CASES AND ADVANCE ANSWER DATES AND OPPOSITION TO REQUEST FOR EXTENSION OF TIME