UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT THOMSON,

           Plaintiff - Appellant,

  v.

TORRANCE POLICE DEPARTMENT
and LOS ANGELES COUNTY
SHERIFFS DEPARTMENT,

           Defendants - Appellees.

No. 12-56236

D.C. No. 2:11-cv-06154-SJO-JC
U.S. District Court for Central
California, Los Angeles

**ORDER**

The opening brief submitted on July 5, 2012 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief

in paper format, with a blue cover, accompanied by certification (attached to the

end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate ECF.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Sarah L. Howard
Deputy Clerk