UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 12-56236 |
| District Court/Agency Case Number(s): | CV-06154-SJO |
| District Court/Agency Location: | Central District |
| Case Name: | Robert Thomson v. Torrance Police Department et al |
| If District Court, docket entry number(s) of order(s) appealed from: | 71 |
| Name of party/parties submitting this form: | Torrance Police Department |

**Please briefly describe the dispute that gave rise to this lawsuit.**

Denial of concealed carry weapon ("CCW") license to Appellant Robert Thomson.

**Briefly describe the result below and the main issues on appeal.**

The district court affirmed that Torrance Police Department's CCW good cause policy survives constitutional scrutiny and was applied in a consistent matter to Appellant.

*(Please continue to next page)*

| Describe any proceedings remaining below or any related proceedings in other tribunals. |
|---|
| None. |

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| Torrance Police Department agrees with Appellant that mediation would not be productive. |

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: /s/ Ajit Thind

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Torrance Police Department

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **File this document electronically** in Appellate ECF by choosing Forms/Notices/Disclosure > File a Mediation Questionnaire.

*Thomson v. Torrance Police Dept., et al.*
U.S. Court of Appeals for the Ninth Circuit
Case No. 12-56236

## SERVICE LIST

Jonathan W. Birdt, Esq.
Law Office of Jonathan W. Birdt
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone No. (818) 400-4485
Fax No. (818) 428-1384
jon@jonbirdt.com
Counsel for Plaintiff Robert Thomson

Robert S. Bower, Esq.
Ajit S. Thind, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone No. (714) 641-5100
Fax No. (714) 546-9035
Rbower@rutan.com
athind@rutan.com
Counsel for Defendant Torrance Police Department

Della Thompson-Bell, Esq.
Deputy City Attorney
City of Torrance
3031 Torrance Boulevard
Torrance, CA 90503
Telephone No. (310) 618-5810
Fax No. (310) 618-5813
dthompsonbell@TorranceCA.Gov
Counsel for Defendant Torrance Police Department

Jennifer A.D. Lehman, Esq.
Principal Deputy County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012-2713
Telephone No. (213) 974-1908
Fax No. (213) 626-2105
jlehman@counsel.lacounty.gov
Counsel for Defendant Los Angeles County Sheriff's Department

9th Circuit Case Number(s) | 12-56236

NOTE: To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*****************************************************************

# CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) July 12, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | Shelley Aronson     s/

*****************************************************************

# CERTIFICATE OF SERVICE
When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)