No. 12-56236

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

ROBERT THOMSON,

    Plaintiff and Appellant,

v.

TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,

    Defendants and Appellees.

On Appeal From the United States District Court
for the Central District of California
Case No. CV11-06154 SJO (JCx)
Honorable S. James Otero, U.S. District Judge

# APPELLEES TORRANCE POLICE DEPARTMENT'S AND LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S JOINT SUPPLEMENTAL EXCERPTS OF RECORD

# VOLUME 1
# TAB 1
# PAGES JS00001 – JS0002

TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone:  310-618-5810
Facsimile:   310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant and Appellee
TORRANCE POLICE DEPARTMENT


LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
John F. Krattli (State Bar No. 82149)
Acting County Counsel
Roger H. Granbo (State Bar No. 108372)
Assistant County Counsel
Jennifer D. Lehman (State Bar No. 191477)
Principal Deputy County Counsel
jlehman@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 . Fax: (213) 626-2105


Attorneys for Defendant and Appellee
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

| Vol. | Tab | Document | Page(s) |
|---|---|---|---|
| 1 | 1 | Judgment in Favor of Defendants Los Angeles County Sheriff's Department and Torrance Police Department, filed July 2, 2012 (Docket #71) | JSER0001 – JSER0002 |
| 2 | 2 | Defendants Los Angeles County Sheriff's Departments' Separate Statement of Undisputed Facts & Conclusions of Law; Evidence in Support Thereon, filed December 23, 2011 (Docket #37-1) | JSER0003 – JSER0081 |
| 2 | 3 | Declaration of Chief of Police John Neu in Support of Defendant Torrance Police Department's Motion for Summary Judgment (with Exhibits A-C), filed January 3, 2012 (Docket # 41, et seq.) | JSER0082 – JSER0160 |
| 2 | 4 | Defendant Torrance Police Department's Statement of Uncontroverted Facts and Conclusions of Law, filed January 3, 2012 (Docket # 42-3) | JSER0161 – JSER0167 |
| 2 | 5 | Defendant Torrance Police Department's Statement of Genuine Disputes of Material Facts, filed February 6, 2012 (Docket # 58) | JSER0168 – JSER0171 |
| 2 | 6 | Defendant Torrance Police Department's Evidentiary Objections to the Declaration of Lawrence Mudgett, filed February 10, 2012 (Docket # 61) | JSER0172 – JSER0185 |
| 2 | 7 | Objections to Plaintiff's Evidence in Opposition to LASD Defendant's Motion for Summary Judgment, filed February 10, 2012 (Docket # 64) | JSER0186 – JSER0190 |

| Vol. | Tab | Document | Page(s) |
|---|---|---|---|
| 2 | 8 | Notice of Appeal, filed July 3, 2012 (Docket # 72) | JSER0191 |
| 2 | 9 | Civil Docket, obtained December 6, 2012 | JSER0192 – JSER0202 |

# Tab 1

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRANCE POLICE DEPARTMENT<br>and THE LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br><br>    Defendants. | NO. CV 11-06154 SJO (JCx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND TORRANCE POLICE DEPARTMENT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

These matters came before the Court on Plaintiff Robert Thomson's ("Plaintiff") Motion for Summary Judgment, filed December 17, 2011 (ECF No. 34), Defendant Los Angeles County Sheriff's Department's ("LASD") Motion for Summary Judgment, filed December 23, 2011 (ECF No. 36), and Defendant Torrance Police Department's (with LASD, "Defendants") Motion for Summary Judgment, filed January 3, 2012 (ECF No. 38). Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motions, the Court found that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants

1  LASD and Torrance Police Department are entitled to judgment as a matter of law.  Accordingly,
2  the Court granted Defendants' Motions against Plaintiff and denied Plaintiff's cross-Motion.
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
4  and hereby is, entered in favor of Defendants Los Angeles County Sheriff's Department and
5  Torrance Police Department as to all claims.
6      IT IS SO ADJUDGED.

8  Dated: July 2, 2012.

*/s/ S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE