No. 12-56236

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT


ROBERT THOMSON,

      Plaintiff and Appellant,

  v.

TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT,

      Defendants and Appellees.

---

On Appeal From the United States District Court
for the Central District of California
Case No. CV11-06154 SJO (JCx)
Honorable S. James Otero, U.S. District Judge

---

# NOTICE OF ERRATA RE: FILING OF
# ANSWERING BRIEF

---

TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968) City Attorney,
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846) Deputy City Attorney,
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone:  310-618-5810
Facsimile:   310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234), rbower@rutan.com
Ajit S. Thind (State Bar No. 268018), athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant/Appellee TORRANCE POLICE DEPARTMENT

This Notice of Errata is submitted to correct a filing error made by Appellee Torrance Police Department when filing its Answering Brief. The Answering Brief was incorrectly filed on behalf of both Appellees Torrance Police Department and Los Angeles County Sheriff's Department. (See Docket Entry Number 14 filed on January 8, 2013.)  The Answering Brief should have been filed **only** on behalf of Appellee Torrance Police Department.

Appellee Torrance Police Department apologizes to the Court and Parties for any confusion caused by this oversight.

Dated:  January 8, 2013

RUTAN & TUCKER, LLP
ROBERT S. BOWER
AJIT S. THIND

By:_____
    Ajit S. Thind
    Attorneys for Appellee

**Certificate of Service**

I certify that on January 8, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.


Dated:  January 8, 2013                    RUTAN & TUCKER, LLP
                                           ROBERT S. BOWER
                                           AJIT S. THIND


                                           By:_____
                                              Ajit S. Thind
                                              Attorneys for Appellee
                                              TORRANCE POLICE
                                              DEPARTMENT