```
                    UNITED STATES COURT OF APPEALS              FILED

                         FOR THE NINTH CIRCUIT                  JAN 09 2013

                                                              MOLLY C. DWYER, CLERK
                                                              U.S. COURT OF APPEALS
```

| | |
|---|---|
| ROBERT THOMSON,<br><br>               Plaintiff - Appellant,<br><br>  v.<br><br>TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>               Defendants - Appellees. | No. 12-56236<br><br>D.C. No. 2:11-cv-06154-SJO-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The answering brief submitted by Torrance Police Department on January 8, 2013 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the joint supplemental excerpts of record submitted on January 8, 2013. Within 7 days of this order, appellees are ordered to file 4

copies of the supplemental excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rules 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk