March 15, 2013

Circuit Clerk
Office of the Clerk
Ninth circuit court of Appeals
95 Seventh Street
San Francisco, CA 94103

       Re: Thomson v. Torrance 12-56236

Dear Circuit Clerk,

      This letter is written only to point out a glaring omission and incorrect representation of the holding in the notice of supplemental authorities sent by The Torrance Police Department. Torrance correctly notes that the recent 10th Circuit held that an out of state resident did not have a 2nd Amendment Right to a concealed weapons permit. What they neglect to note is the residents of Colorado have unfettered access to concealed weapons permits, and visitors to Colorado have the right to openly carry loaded, thus there has been not infringement upon the right to carry a weapon for self-defense.

      Such rights do not exist in California, and appellant has never contended that there is a right to a concealed weapon permit, just a right to bear a firearm for self-defense – it is the State that has regulated concealed carry as the only method to exercise that right. The 10th Circuit clearly recognized that the Right does exist outside the home, and thus the case does not "concern the propriety of a concealed weapons permit scheme" as represented because neither Torrance nor the LASD issue concealed weapon permits to law abiding citizens and the State prohibits open the carry of firearms for self defense.

      If Torrance were in any way like Colorado or any of the other 45 plus States who allow law abiding citizens to carry concealed weapons, this appeal would not even be necessary.

                                                      Respectfully Submitted,
                                                      /s/
                                                      Jonathan Birdt