

**RUTAN**
RUTAN & TUCKER, LLP

Ajit S. Thind
Direct Dial: (714) 338-1819
E-mail: athind@rutan.com

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 15 2013

FILED _____
DOCKETED _____
DATE    INITIAL

March 13, 2013

Circuit Clerk
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: *Robert Thomson v. Torrance Police Department and Los Angeles County Sheriffs' Department*, Case No. 12-56236, F.R.A.P. 28(j) Citation of Supplemental Authorities

Dear Circuit Clerk:

Appellees Torrance Police Department ("TPD") and Los Angeles County Sheriff's Department ("LASD") respectfully submit the following citation of Supplemental Authority pursuant to Federal Rule of Appellate Procedure 28(j): *Peterson v. Martinez* 2013 U.S. App. LEXIS 3776 (10th Cir. February 22, 2013).

*Peterson* deals with a Second Amendment challenge to a concealed handgun license scheme in Colorado. The opinion contains a thoughtful and thorough discussion of whether the Second Amendment embodies a right to carry a concealed firearm. The Tenth Circuit concludes that it does not:

> [W]e first ask whether the Second Amendment provides the right to carry a concealed firearm. We conclude that it does not.

(*Id.* at *27-28.*)

Like in *Peterson*, *Thomson* concerns the propriety of a concealed carry weapon ("CCW") permit scheme. Specifically, Appellant Robert Thomson alleges that the denial of his CCW applications by both the LASD Sheriff and the TPD Police Chief violated his Second Amendment rights. As Appellees have consistently argued, the Second Amendment does not grant a right to carry a concealed firearm and therefore, the denial of Thomson's CCW

611 Anton Blvd, Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950 | 714.641.5100 | Fax 714.546.9035
Orange County | Palo Alto | www.rutan.com

2465/062579-0097
5107356.1 a03/13/13



applications cannot constitute a denial of his Second Amendment rights. (See TPD Answering Brief, Section VIII(A), ps. 14-21; LASD Answering Brief, ps. 9-13.) Therefore, *Peterson* is a pertinent and significant authority.

Sincerely,

RUTAN & TUCKER, LLP

Ajit S. Thind

AST:sa

cc: Jennifer Lehman, Counsel for Appellee Los Angeles County Sheriff's Department
Jonathan Birdt, Counsel for Appellant Robert Thomson