FILED

FEB 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT THOMSON,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>   Defendants - Appellees. | No. 12-56236<br><br>D.C. No. 2:11-cv-06154-SJO-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The court stays proceedings in this appeal pending this court's mandate in *Peruta v. County of San Diego*, 10-56971, or further order of the court.

            For the Court:

            MOLLY C. DWYER
            Clerk of Court

            Halina Larman
            Case Management Attorney
            Ninth Circuit Rule 27-7/Advisory
            Note to Rule 27
            and Ninth Circuit 27-10