No. 12-56236

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ROBERT THOMSON,

    Plaintiff and Appellant,

v.

TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,

    Defendants and Appellees.

---

On Appeal From the United States District Court
for the Central District of California
Case No. CV11-06154 SJO (JCx)
Honorable S. James Otero, U.S. District Judge

---

# STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL AS TO TORRANCE POLICE DEPARTMENT WITH PREJUDICE

---

LAW OFFICE OF JONATHAN W. BIRDT
Jonathan W. Birdt (State Bar No. 183908), Jon@jonbirdt.com
18252 Bermuda Street
Porter Ranch, California 91326
Telephone: 818-400-4485
Facsimile: 818-428-1384

Attorney for Plaintiff/Appellant ROBERT THOMSON

RUTAN & TUCKER, LLP
Ajit S. Thind (State Bar No. 268018), athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant/Appellee TORRANCE POLICE DEPARTMENT

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Robert Thomson and Appellee Torrance Police Department move the Court for an order dismissing the above-captioned appeal with prejudice as to Appellee Torrance Police Department.

Each side shall bear its own costs and fees on appeal.

I attest that Appellant Robert Thomson, on whose behalf this document is submitted, concurs in the content and has authorized the filing of this document.

| | |
|---|---|
| Dated: June 30, 2014 | RUTAN & TUCKER, LLP<br>ROBERT S. BOWER<br>AJIT S. THIND<br><br>By: __s/_____<br>     Ajit S. Thind<br>     Attorneys for Appellee |
| Dated: June 30, 2014 | LAW OFFICE OF JONATHAN W. BIRDT<br>JONATHAN W. BIRDT<br><br>By: __s/_____<br>     Johnathan W. Birdt<br>     Attorneys for Appellant |

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT THOMSON,<br><br>    Plaintiff and Appellant,<br><br>v.<br><br>TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants and Appellees. | No. 12-56236<br><br>D.C. No. 2:11-cv-06154-SJO-JC<br>Central District of California,<br>Los Angeles<br><br>**[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties, this appeal is dismissed with prejudice as to Torrance Police Department.

Each party shall bear its own fees and costs on appeal.

                FOR THE COURT

                _____

# Certificate of Service

I certify that on June 30, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Dated: June 30, 2014

RUTAN & TUCKER, LLP
ROBERT S. BOWER
AJIT S. THIND


By: ‎ s/
    Ajit S. Thind
    Attorneys for Appellee
    TORRANCE POLICE
    DEPARTMENT