
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT THOMSON,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>  Defendants - Appellees. | No. 12-56236<br><br>D.C. No. 2:11-cv-06154-SJO-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　Pursuant to the stipulation by appellant and appellee Torrance Police Department under Federal Rule of Appellate Procedure 42(b), it is ordered that appeal no. 12-56236 be dismissed against appellee Torrance Police Department only with prejudice. Costs shall be allocated pursuant to the stipulation.

　　A copy of this order shall act as and for the mandate of this court as to appellee Torrance Police Department only.

　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　Alihandra M. Totor
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 30Jun2014